UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NANCY FLETCHER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION; DOES 1 through 100; ROE CORPORATION 101 through 200, inclusive,<br><br>　　　　Defendants. | Case No. 2:20-cv-01202-RFB-EJY<br><br>**ORDER** |

　　　　Before the Court is the Proposed Joint Discovery Plan and Scheduling Order (ECF No. 8) through which the parties seek a one year discovery period measured from July 7, 2020, the date of the Rule 26(f) conference. This request is denied because the plan is not compliant with Local Rule 26-1 and the parties fail to justify the reasons underlying such a lengthy discovery period requested. The parties shall submit a fully compliant plan measuring discovery 180 days from the date of this Order or otherwise explain the need for a one year discovery period. The parties shall also ensure the proposed plan and order complies with United States District Court for the District of Nevada Local Rule 26-1(a), (b)(5), and (7)-(9).

　　　　Accordingly, IT IS HEREBY ORDERED that the Proposed Joint Discovery Plan and Scheduling Order (ECF No. 8) is DENIED.

　　　　IT IS FURTHER ORDERED that the parties shall submit a revised discovery plan and scheduling order that complies with the instructions above on or before July 15, 2020.

　　　　Dated this 8th day of July, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE