MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| NANCY FLETHCER, an individual, | CASE NO.: 2:20-cv-01202-~~RFB~~-EJY |
| Plaintiff, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive, | |
| Defendant. | |

**STIPULATION AND ORDER TO EXCLUDE WITNESS
PERCY ADAMS AND TESTIMONY**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff NANCY FLETCHER, by and through her attorney of record, AMBER N. KING, ESQ. of the law firm of BERNSTEIN & POISSON, and Defendant COSTCO WHOLESALE CORPORATION, by and through its attorney of record, MICHAEL A. FEDERICO, ESQ. of the law firm of OLSON

1

CANNON GORMLEY & STOBERSKI, to exclude witness Percy Adams and his testimony due to a mental defect.

DATED this 25th day of March, 2021.

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

DATED this 25th day of March, 2021.

BERNSTEIN & POISSON

/s/ Amber N. King, Esq.

AMBER N. KING, ESQ.
Nevada Bar No.: 14070
700 S. Jones Blvd.
Las Vegas, Nevada 89107
Attorney for Plaintiff
NANCY FLETCHER

IT IS SO ORDERED this 29th day of _____March_____, 2021.

~~THE HONORABLE RICHARD F. BOULWARE, II~~
**HONORABLE ELAYNA J. YOUCHAH**
**UNITED STATES MAGISTRATE JUDGE**

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
COSTCO WHOLESALE CORPORATION