MICHAEL A. FEDERICO, ESQ.
Nevada Bar No. 005946
OLSON CANNON GORMLEY & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
mfederico@ocgas.com

Attorney for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

NANCY FLETHCER, an individual,

          Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION
DOES 1 through 100; and ROE
CORPORATION 101 through 200,
inclusive,

          Defendant.

CASE NO.: 2:20-cv-01202- RFB-EJY

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

///

///

///

///

///

///

///

1

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-captioned action against COSTCO WHOLESALE CORPORATION be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 3rd day of November, 2021.           DATED this ___ day of October, 2021.

OLSON CANNON GORMLEY & STOBERSKI           BERNSTEIN & POISSON

/s/ Michael A. Federico, Esq.

/s/

MICHAEL A. FEDERICO, ESQ.           AMBER N. KING, ESQ.
Nevada Bar No. 005946           Nevada Bar No.: 14070
9950 West Cheyenne Avenue           700 S. Jones Blvd.
Las Vegas, Nevada 89129           Las Vegas, Nevada 89107
Attorneys for Defendant           Attorney for Plaintiff
COSTCO WHOLESALE CORPORATION           NANCY FLETCHER

### ORDER OF DISMISSAL WITH PREJUDICE

IT IS SO ORDERED this 4th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/ Michael A. Federico, Esq.

_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

2

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-captioned action against COSTCO WHOLESALE CORPORATION be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this ___ day of October, 2021.        DATED this 3 day of ~~October~~ November, 2021.

OLSON CANNON GORMLEY & STOBERSKI        BERNSTEIN & POISSON

/s/                                                                                    
_____        _____
MICHAEL A. FEDERICO, ESQ.                  AMBER N. KING, ESQ.
Nevada Bar No. 005946                      Nevada Bar No.: 14070
9950 West Cheyenne Avenue                  700 S. Jones Blvd.
Las Vegas, Nevada 89129                    Las Vegas, Nevada 89107
Attorneys for Defendant                    Attorney for Plaintiff
COSTCO WHOLESALE CORPORATION               NANCY FLETCHER

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS SO ORDERED this 4th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

OLSON CANNON GORMLEY & STOBERSKI

/s/
_____
MICHAEL A. FEDERICO, ESQ.
Nevada Bar No.: 005946
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
COSTCO WHOLESALE CORPORATION